**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-6201

ROBERT A. CUFFEE,

Plaintiff - Appellant,

versus

W. JOYNER, Building Unit Sergeant; D. KINSLEY,
Mrs., Law Library Supervisor; MRS. EDMONDS,
Kitchen Supervisor; MRS. DELBRIDGE, Mail Room
Supervisor; MRS. PRINCE, Mail Room Supervisor;
S. BATTS, Associate Warden; S. ZAPP, Mrs.,
Grievance Coordinator; MRS. WHARTON, Court
Officer; MR. HARRIS, Mail Room Postal
Assistant Supervisor; MRS. TURNER, Building
Unit H-7# Counselor,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Robert G. Doumar, Senior
District Judge. (2:06-cv-00570-RGD)

Submitted: June 21, 2007          Decided: June 28, 2007

Before NIEMEYER, WILLIAMS, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert A. Cuffee, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Cuffee appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Cuffee v. Joyner, No. 2:06-cv-00570-RGD (E.D. Va. Jan. 12, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED